IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

       vs.                        4:08CR00217-05-WRW

RAMON ARTURO MARTINEZ

<u>ORDER</u>

Pending is the Government's Motion to Dismiss Indictment (doc #179) Without Prejudice.

The Motion is GRANTED, and the Indictment is dismissed as to the defendant, Ramon Arturo

Martinez, only.

IT IS SO ORDERED this 17th day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddismindictment.wpd